# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0437**
Corey Lamont Beckwood, Jr. v. State of Alabama (Appeal from Jefferson Circuit Court: CC-19-1136)

## NOTICE

You are hereby notified that on July 11, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk